| | |
|---|---|
| 1 | Zachary M. Best, SBN 166035 |
| 2 | Tanya E. Moore, SBN 206683 |
|   | MISSION LAW FIRM, A.P.C. |
| 3 | 332 North Second Street |
|   | San Jose, California 95112 |
| 4 | Telephone (408) 298-2000 |
|   | Facsimile (408) 298-6046 |
| 5 | E-mail: service@mission.legal |
| 6 | Attorneys for Plaintiff, |
|   | Francisca Moralez |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

FRANCISCA MORALEZ, ) No. 3:17-cv-03582-RS
        Plaintiff, )
    vs. ) **STIPULATION TO EXTEND DEADLINE TO COMPLETE JOINT SITE INSPECTION REQUIRED BY GENERAL ORDER 56; [~~PROPOSED~~] ORDER**
BISHARA WEHAB, as Trustee of the WEHAB 2004 REVOCABLE TRUST AGREEMENT dated September 1, 2004, and dba COUNTRY CORNER; NADIA WEHAB, Trustee of the WEHAB 2004 REVOCABLE TRUST AGREEMENT dated September 1, 2004; )
        Defendants. )
STIPULATION TO EXTEND DEADLINE TO COMPLETE JOINT SITE INSPECTION REQUIRED BY
GENERAL ORDER 56; [PROPOSED] ORDER

Page 1

1    Plaintiff, Francisca Moralez ("Plaintiff"), and Defendant, Nadia Wehab, Trustee of the Wehab 2004 Revocable Trust Agreement dated September 1, 2004 ("Defendant," and together with Plaintiff, "the Parties"), by and through their respective counsel, hereby stipulate as follows:

1. This action arises out of Plaintiff's claims that Defendant denied her full and equal access to their public accommodation on account of her disabilities in violation of Title III of the Americans with Disabilities Act ("ADA") and parallel California law. Plaintiff seeks injunctive relief under federal and California law, as well as damages under California law. This matter therefore proceeds under this district's General Order 56 which governs ADA access matters.

2. The Court has ordered that the Parties conduct a joint site inspection of the subject property on or before October 4, 2017 (Dkt. 4).

3. Counsel for the Parties is unavailable to conduct the joint site inspection prior to the October 4, 2017 deadline.

4. The Parties have agreed to conduct the joint site inspection on October 5, 2017 at 1:30 p.m. unless a settlement is reached prior to that date.

5. Accordingly, the Parties stipulate to extend the deadline to conduct the joint site inspection to October 5, 2017.

**IT IS SO STIPULATED.**

Dated: October 4, 2017           MISSION LAW FIRM, A.P.C.

                                 */s/ Zachary M. Best*
                                 Zachary M. Best
                                 Attorneys for Plaintiff,
                                 Francisca Moralez

///

///

Dated: October 4, 2017

                     */s/ Brandon F. Douglass*
                     Brandon F. Douglass
                     Attorneys for Defendant,
                     Nadia Wehab, Trustee of the Wehab 2004 Revocable
                     Trust Agreement dated September 1, 2004

## **ATTESTATION**

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

                     */s/ Zachary M. Best*
                     Zachary M. Best
                     Attorneys for Plaintiff
                     Francisca Moralez

## **ORDER**

    The Parties having so stipulated and good cause appearing,

    **IT IS HEREBY ORDERED** that the deadline for the Parties to complete the joint site inspection is extended to October 5, 2017, with all dates triggered by that deadline continued accordingly.

**IT IS SO ORDERED**.

Dated: 10/4/17

                     United States District Judge